**Gary L. McCarthy and Dawn McCarthy v. Bernard C. Emmons and Theresa A. Emmons**

[378 A.2d 107]

No. 340-76

Present: **Barney, C.J., Daley, Larrow, Billings, and Hill, JJ.**

Opinion Filed September 21, 1977

*M. Martin Leinwohl*, Barre, for Plaintiffs.

*Abare, Donaghy & Nichols, P.C.*, Barre, for Defendants.

**Per Curiam.** Plaintiffs in this case appeal from a judgment in their favor on the ground of inadequacy. No motion for new

trial under V.R.C.P. 59, or to amend findings or judgment under V.R.C.P. 52(b), was filed in the trial court.

As we held in *Fournier* v. *Estate of Loiselle*, 132 Vt. 601, 602, 326 A.2d 155 (1974), the issue of adequacy of damages is one which must be preserved for the trial court's consideration. Absent such presentation and ruling thereon, no ruling adverse to the plaintiff appears.

*Judgment affirmed.*